

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00177-CR

Alejandro Leal **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 12-090168-CRA
Honorable Donna S. Rayes, Judge Presiding

# **O R D E R**

The Appellant's pro se motion to dismiss appointed appellate counsel is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court